UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 4:22-CR-0095-02 |
| | : | |
| -vs- | : | (C.J. Brann) |
| | : | (M.J. Arbuckle) |
| WILBER SAN MIGUEL | : | |
| Defendant | : | |

UNITED STATES OF AMERICA TO THE WARDEN,
SUPERINTENDANT, OR PERSON IN CHARGE OF
CENTRE COUNTY PRISON, BELEFONTE, PA

YOU ARE COMMANDED TO PRODUCE, now in your custody or one of your deputies, the person of

WILBER SAN MIGUEL

into the custody of the United States Marshals Service, against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, that WILBER SAN MIGUEL appear via video for an Initial Appearance on March 16, 2022, at 1:00 pm in connection with the criminal charges and that United States Marshals Service is directed to keep the prisoner safe in custody, and confine him from day to day, when not appearing before the Court,

in a safe and suitable jail, and that WILBER SAN MIGUEL remain in federal custody until the final disposition of the federal charges in this Court.

    Witness my signature on this \_\_14th\_\_ day of March 2022.

_____
WILLIAM I. ARBUCKLE
U.S. MAGISTRATE JUDGE